**Motion GRANTED and Corrected Order filed August 3, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00649-CV

_____

## IN RE SYLVESTER TURNER, MAYOR, AND DAVE MARTIN, HOUSTON CITY COUNCIL MEMBER, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-50136**

---

## CORRECTED ORDER[1]

On August 3, 2018, relators Sylvester Turner, Mayor, and Dave Martin, Houston City Council Member, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Kyle Carter, serving as ancillary judge

---

[1] The original order incorrectly stated that Justice Donovan was on the panel.

for the 152nd District Court, in Harris County, Texas, to set aside his temporary restraining order signed on July 31, 2018, entered in trial court number 2018-50136. Relators have also filed a motion asking this court to stay the temporary restraining order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the temporary restraining order signed on July 31, 2018, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Houston Professional Firefighters Association IAFF-Local 341, the real party-in-interest, to file a response to the petition for writ of mandamus on or before the close of business on Monday, August 6, 2018.  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Wise, and Jewell.